

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00309-CV

———————————————

AMY EDWARDS, Appellant

V.

CENTERPOINT APARTMENTS AND JPMORGAN CHASE BANK, N.A.,
Appellees

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2019-02120

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's request to dismiss the appeal. We grant the request and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: November 14, 2019